UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA )
)
vs. )
)
)
COREY RODNEY WILLIAMS ) Case No. JRR-25-138-001
)
Defendant )

MEMORANDUM IN SUPPORT OF
COREY RODNEY WILLIAMS' POSITION ON SENTENCING

TABLE OF CONTENTS

I.   Charge and Conviction………………………………………………………….. 1

II.  A 18 U.S.C. § 3553(a) Defendant's Impose Minimally Sentence
     Without Deference to Guidelines…………………………………………….. 1

III. Waiver of Appeals and Forfeiture…………………………………………… 1

IV.  Offense Conduct……………………………………………………………… 1

V.   Acceptance of Responsibility………………………………………………… 1

VI.  Criminal History……………………………………………………………… 2

VII. Corey Rodney Williams' Background…………………………………….. 2

VIII. Corey Rodney Williams' Statement………………………………………… 2

IX.  Requested Sentence…………………………………………………………… 2

### Charge and Conviction

Corey Rodney Williams, Defendant pled guilty to Distribute and Possess with Intent to Distribute Controlled Substances in violation of 21 U.S.C. § 846, 21 U.S.C. §841(b) (1) (c) where he had entered into the general terms of a plea agreement proffered to him on or about November 19, 2020. Since that time Mr. Williams has been release pending total compliance with the law.

Mr. Williams accepts and incorporates by reference all the statements and proffered made by Investigation Specialist Melissa McGuinness in her Presentence Investigation Report in this matter concerning the Charge(s) and Conviction(s) paragraphs 1-8.

### A U.S.C. § 3553(A) Defendant's Impose Minimally Sentence Without Deference to Guidelines

Corey Rodney Williams, Defendant respectfully requests that this Honorable Court considers the appropriate factors under 18 U.S.C. § 3553(a). Mr. Williams specifically incorporates by reference all the statements and proffered made by Investigation Specialist Melissa McGuinness in her Presentence Investigation Report in paragraphs 50-58.

### Waiver of Appeals and Forfeiture

Corey Rodney Williams, Defendant waives and forfeits all rights conferred by 18 U.S.C. § 3742 and as stated in the Waiver of Rights in the Plea Agreement in this matter. In addition, Mr. Williams forfeits all rights, title and interest as stated in paragraph 6 of the Investigation Specialist Melissa McGuinness in her Presentence Investigation Report as well as in the Plea Agreement in this matter.

### Offense Conduct

Corey Rodney Williams, Defendant incorporates by reference all the statements made by Investigation Specialist Melissa McGuinness in her Presentence Investigation Report in paragraphs 9-16.

### Acceptance of Responsibility

Corey Rodney Williams, Defendant incorporates by reference all the statements and proffered made by Investigation Specialist Melissa McGuinness in her Presentence Investigation Report in paragraph 19 as well as stated in the Plea Agreement 'Factual and Advisory Guidelines Stipulation' paragraph 6.

### Criminal History

Corey Rodney Williams, Defendant incorporates by reference as if fully stated herein the Offense Conduct as stated by Investigation Specialist Melissa McGuinness in her Presentence Investigation Report in Paragraph Part B.

### Corey Rodney Williams' Background

Corey Rodney Williams, Defendant incorporates by reference as if fully stated herein the Offense Conduct as stated by Investigation Specialist Melissa McGuinness in her Presentence Investigation Report in Paragraph Part C.

### Corey Rodney Williams' Statement

Corey Rodney Williams, Defendant respectfully requests that this Honorable Court accepts and considers the attached statement in regard to what his actions in this matter has cost him and his commitment not only to this Honorable Court, but all individuals he has caused to suffer to NEVER again to get involved in any manner in any conduct of this nature.

### Requested Sentence

Corey Rodney Williams, Defendant respectfully requests that this Honorable Court to accept the Recommended Sentence as outlined in Investigation Specialist Melissa McGuinness in her Presentence Investigation Report pages 14-17.

Respectfully Submitted,

*[signature]*

Lewyn Scott Garrett, Esquire, 03789
1 East University Parkway, Unit 111
Baltimore, Maryland 21218
410-366-2571 (Office)
410-366-0566 (Facsimile)
sgwlaw@aol.com

Pre-Sentencing thoughts/comments for possible inclusion.

From: Corey Williams (corey5003@hotmail.com)
To: sgwlaw@aol.com
Date: Thursday, August 28, 2025 at 11:03 AM EDT

Thank you again for reaching out to me regarding this. I did some thinking and these are the things (besides what's already included in the Pre-Sentencing Report) that I would like to emphasize once again.

I have expressed nothing but genuine remorse and have accepted full responsibility for the incident that occurred. You know, personally and professionally of the impact that this had had on not only my life, but to the lives of my closest loved ones. Im still seeking forgiveness to this very day for my involvement in the incident and there have already been permanent punishments for my actions. Even without the law intervening, I have already faced life-long, permanent consequences.

What I have tried to do for the past 5 years is move forward and live a better, more responsible life. With this weighing and hovering over my head for the past 5 years, I just haven't been able to move on as of yet.

As I have already told both of my designated pre-sentencing USPO's, as well as yourself, my mother is sick and I play an important role in supporting her.

I have attached two images for your own personal viewing so that you may attest the validity of my worry and concern regarding her.

The first image is of the ambulance.

I took that one to send to Mr. Leroy's Daughter Tina (my oldest sister) to let her know that mom was on her way to the emergency room.

The second, is just a light-hearted picture I took of her being ridiculous (to me lol but i understand!) She was trying to shave before the paramedics arrived...!

That was 2 weeks ago now, her condition apparently had worsened. My sister and I found my mother on the floor at her house and she told us she had been laying there for 3 days. We were texting/calling her as we hadn't heard from her, but she kept texting us back saying she was "fine" because she is an incredibly stubborn, but lovingly independent woman. We were concerned so we just went over to her house and found her in that condition on her living room floor.

Thank God we did, because she had fallen, was unable to get up, and was suffering from both kidney and gallbladder failure. The paramedics told both my mom, myself, and sisters that had we not gone over there she likely would not have survived another night on the floor.

She has been in the hospital since then. That was about 2 weeks ago. They stabilized her Kidney, but she will have to have her Gallbladder removed and stay at an in-patient facility for at least a month for rehabilitation.

I've already explained that for the past few months she has been sick, I still do not know fully all that is going on with her physically. But I have been taking her to doctor's appointments biweekly for the past 6 months or so.

I say all that to say, she is heavily reliant on my ability to help her at this time. So if possible, my hope would be (if the outcome is probation or home confinement) that they could maybe take that into consideration. Me being unable to leave my home would be devastating as I wouldn't be able to assist my mother in case of a medical emergency. She is still in the hospital awaiting surgery and transfer to another facility as I type this.

Amber still doesnt fully trust me for costing her, her security clearance and her entire career that she worked SO hard for. We had hopes of children all those years ago, and that is now seemingly off the table because she no longer trusts me completely as she did before November of 2020. The impacts of my actions are something I have spoken about time and time again, so I will try not to repeat those per usual.

The only other inclusion that I can think of would be that I am (obviously) no threat whatsoever to reoffend or cause a danger to the community. That is not my character and I hold myself to a very high standard. I am embarrassed and feel tremendous shame for what has occured. So much so, that I am trying to hide that I am even going through any of this.

I have made a consistent effort to living an honest and responsible life before and after the incident. My story has been consistent and the record reflects that; as I have not been in any trouble whatsoever in my (now) 36 years of life on this earth before or after this instance.

This sentencing is now based on decisions I made over 5 years ago. Misguiding, naive, shortsighted, reckless, and irresponsible. I have had nothing but time to reflect on the incident and have tried my best to move forward. You can also personally attest to that truth. I have run out of words. ~~I have spoken to 5 prosecutors had at least 10 different meetings with different detectives prosecutors for different reasons explaining everything. I have explained the situation in every way a person can explain it. I have used every word I could think of to convey the truth of what occured and my remorse. I have relived the incident repeatedly since it occurred in November of 2020.~~

I am now in therapy mandated by the USPO and am still having to talk about that incident. They are treating me for PTSD because, yes, I have had to constantly be reminded of Novemver of 2020 and explain it, in detail constantly and have never been able to move on with my life. It has been a LONG 5 years.

I just want to move on. I have alot going on in life. Everyone is getting older. Life is passing all of us by. And my HOPE is that I can finally be forgiven by the world or even one day forgive myself...

I know what occurred, I know why it occurred, I know how it occurred. I have had no choice but to examine every single angle of it for the past 5 years almost to the point of madness.

I'm not sure which part of this email are pertinent to be included to be sent to the U.S Federal Judge for consideration for sentencing, but those, as always, are my honest and heartfelt thoughts/feelings. If necessary, you have my permission if you deem appropriate, to even forward this email directly. I am always an open book.

Thank you again, as always, for standing by me for the past 5 years. I'm still just trying my best each and every day and trying to still hope for the best. This entire process had been incredibly nerve-wracking, but I'm trying to just hold on and make it through. It has been such a long road.

I will be busy for the remainder of the day, but I hope all is well with you as always! Please try to have an amazing remainder of your day.

Thank you!

-

Corey Williams

📷 20250816_005240.jpg
1.7 MB

📷 9554fb0e-de5b-42b2-9ef1-2f5874ad3e95.jpg
2.7 MB

